Fee PAID

FILED

1/5

UNITED STATES DISTRICT COURT 2025 OCT -6 AM 11:36

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION (LOS ANGELES)

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY GSA

JOHN ZHONG and CATHERINE LI
3333 S BREAN CANYON ROAD STE 101
DIAMOND BAR, CA 91765
Tel: (626) 991-3676 | Fax: (626) 768-7436
Email: info@zhongtax.com
Plaintiffs in Pro Per

JOHN ZHONG and CATHERINE LI, Plaintiffs in Pro Se

v.

City of Diamond Bar, a municipal government; Greg Gubman; Ronnie Ramirez; Chia Yu Teng; Steve Tye; Andrew Chou; Stan Liu; Ruth M. Low; individuals; and Does 1–10, inclusive, Defendants.

Case No. 2:25CV 09491-FLA-SDE

**COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF**

**(42 U.S.C. § 1983; U.S. Const. Art. I § 8 cl. 3; 1st, 4th, and 14th Amendments);**

**DEMAND FOR JURY TRIAL**

**INTRODUCTION**

This is a civil rights action under 42 U.S.C. § 1983 arising from the City of Diamond Bar's retaliatory and unconstitutional code-enforcement campaign against Plaintiffs' home at 24311 Knoll Court, Diamond Bar, California 91765. Defendant City

of Diamond Bar officers posed as Airbnb guests to gain entry without a warrant, searched and photographed the home, fabricated evidence, and leveraged that misconduct to procure a preliminary injunction, maintain an improper Lis pendens, obstruct Plaintiffs' bathroom-permit application, and impose fines totaling approximately $4,500—followed by a premature motion for $32,118 in "appellate attorney's fees." Defendants' actions violate the First, Fourth, and Fourteenth Amendments, the dormant Commerce Clause, and state law.

## JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343(a)(3) for Plaintiffs' federal constitutional and § 1983 claims; declaratory relief is sought under 28 U.S.C. §§ 2201–2202.

2. Supplemental jurisdiction exists over related state-law claims under 28 U.S.C. § 1367(a).

3. Venue lies in this District under 28 U.S.C. § 1391(b) because all relevant events occurred in Los Angeles County, California.

## PARTIES

4. Plaintiffs John Zhong and Catherine Li own and manage the residence at 24311 Knoll Court, Diamond Bar, California 91765.

5. Defendant City of Diamond Bar is a California municipal corporation and a "person" within 42 U.S.C. § 1983.

6. Defendants Officer Greg Gubman and Officer Ronnie Ramirez are Defendant City of Diamond Barcode-enforcement officers, sued in their individual and official capacities.

7. Defendants Chia Yu Teng (Mayor), Steve Tye (Mayor Pro Tem), Andrew Chou (Council Member), Stan Liu (Council Member), and Ruth M. Low (Council Member) are sued in their official capacities as Defendant City of Diamond Bar policymakers.

8. Plaintiffs sue DOES 1–10, inclusive, who participated in, directed, or ratified the acts complained of.

## INTERESTED PARTIES AND RELATED INDIVIDUALS

9. Hon. Salvatore Sirna (LASC) presides over City of Diamond Bar v. Li & Zhong, Case No. 23PSCV02124; his rulings are referenced solely for context. Address is 400 Civic Center Plaza, Pomona, CA 91766

10. William Litvak, Defendant City of Diamond Bar Attorney, and his law firm DePeer, Rosenblit & Litvak, directed or supervised the City's enforcement and litigation. They are identified for transparency only. Address is DAPEER, ROSENBLIT & LITVAK, LLP 11500 W. Olympic Blvd., Suite 550 Los Angeles, CA 90064,Phone: 310-477-5575 Fax: 310-477-7090 email: wlitvak@drllaw.com

## PROCEDURAL BACKGROUND

11. In the state nuisance-abatement case, the Superior Court issued a September 30, 2025 tentative ruling denying Plaintiffs' motion for leave to file a cross-complaint on procedural grounds and purporting to award the Defendant City of Diamond Bar$32,118 in appellate fees before any final judgment.

12. On October 2, 2025—before any hearing or adoption—Plaintiffs filed a Verified Statement of Disqualification under CCP §§ 170.1 and 170.3 based on appearance of bias and prejudgment. The filing was timely under CCP § 170.3(c)(1) because it was submitted as soon as practicable after discovery of the grounds and before any final order. See McCartney v. Commission on Judicial Qualifications, 12 Cal.3d 512, 531 (1974); Christie v. City of El Centro, 135 Cal.App.4th 767, 776 (2006).

13. Judge Sirna struck the statement himself under CCP § 170.4(b), contrary to CCP § 170.3(c)(1)–(3), which requires referral to a neutral judge and cessation of participation by the challenged judge. See Fine v. Superior Court, 97 Cal.App.4th 651, 658 (2002); PBA, LLC v. KPOD, Ltd., 112 Cal.App.4th 965, 972 (2003); People v. Hull, 1 Cal.4th 266, 272 (1991).

14. Plaintiffs filed a Petition for Writ of Mandate under CCP § 170.3(d), which remains pending. The tentative ruling has not been finalized and is held in abeyance. No relief is sought here against Judge Sirna; the facts are pleaded as context for the City's course of conduct.

# FACTUAL ALLEGATIONS

15. In 2023, the Defendant City of Diamond Bar (City) initiated nuisance-abatement proceedings alleging short-term rental activity. Plaintiffs converted the property to long-term rental use in April 2024, curing any alleged violation under DBMC § 5.08.050 and Gov't Code § 38773.5(b).

16. The Defendant City of Diamond Bar recorded and maintained a Lis pendens, maliciously clouding title and preventing refinancing or sale during a period of historically high market values, causing significant financial loss. See BGJ Assocs. v. Superior Court, 75 Cal.App.4th 952, 967 (1999).

17. On or about May 13, 2023, Officers Gubman and Ramirez created a false Airbnb customer profile, booked a one-night stay, and entered under false pretenses without a warrant, consent, or exigent circumstances. They searched bedrooms, bathrooms, and storage areas and photographed and recorded the interior.

18. This covert, deceit-based entry violated the Fourth Amendment and California law. See Camara v. Municipal Court, 387 U.S. 523, 534–35 (1967); Payton v. New York, 445 U.S. 573, 586 (1980); People v. Rivera, 41 Cal.4th 304, 309 (2007).

19. That same day, Officer Gubman telephoned Plaintiff Zhong, ordering him to appear and threatening arrest if he did not—without probable cause or judicial authorization. See Duran v. City of Douglas, 904 F.2d 1372, 1378 (9th Cir. 1990); United States v. Prescott, 581 F.2d 1343, 1350 (9th Cir. 1978).

20. The officers fabricated inspection notes and mischaracterized lawful uses; the Defendant relied on this false evidence to obtain a preliminary injunction despite the absence of any ongoing violation. See Franks v. Delaware, 438 U.S. 154, 165–71 (1978).

21. When Plaintiffs later applied for a bathroom building permit, the Defendant City of Diamond Barretaliated by obstructing the permit, imposing unjustified fines totaling approximately $4,500, and seeking premature appellate fees of $32,118—intended to punish and chill Plaintiffs' appeal and petitioning activity. See Hartman v. Moore, 547 U.S. 250, 256–59 (2006); BE&K Constr. Co. v. NLRB, 536 U.S. 516, 524–25 (2002); **Soranno's Gasco, Inc. v. Morgan**, 874 F.2d 1310, 1314–16 (9th Cir. 1989) (withholding permits in retaliation for petitioning);

**Lacey v. Maricopa County**, 693 F.3d 896, 916–19 (9th Cir. 2012) (en banc);

**Ariz. Students' Assn v. Ariz. Bd. of Regents**, 824 F.3d 858, 867–69 (9th Cir. 2016) (retaliation standard; chilling).

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**Violation of the Fourteenth Amendment (Equal Protection & Due Process) and as-Applied Dormant Commerce Clause**
**(42 U.S.C. § 1983 — Against the City of Diamond Bar, Greg Gubman, Ronnie Ramirez, and City Policymakers)**

22. Plaintiffs reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

#### A. Equal Protection — Selective, Retaliatory Enforcement

The Equal Protection Clause prohibits discriminatory enforcement of facially neutral laws. *Yick Wo v. Hopkins*, 118 U.S. 356, 373–74 (1886).

23. Although Diamond Bar Municipal Code ("DBMC") § 5.08.050 purports to apply to all property owners, Defendants **selectively enforced** it against Plaintiffs while **ignoring similarly situated** short-term rental ("STR") operators. Plaintiffs ceased STR activity and converted **24311 Knoll Court** to a long-term lease in **April 2024**, yet the City continued prosecution, issued excessive fines, and recorded a Lis pendens.

24. Defendants issued nine citations totaling **$12,400**, recorded a **Lis pendens**, sought a **premature $32,118 appellate fee award**, and continued targeted enforcement—actions that were **irrational**, **retaliatory**, and **motivated by animus** toward Plaintiffs for petitioning and appealing. A "class-of-one" equal-protection claim lies where the government singles out an individual without rational basis. *Village of Willowbrook v. Olech*, 528 U.S. 562, 564 (2000); *Gerhart v. Lake County*, 637 F.3d 1013, 1022–24 (9th Cir. 2011); *Squaw Valley Dev. Co. v. Goldberg*, 375 F.3d 936, 944 (9th Cir. 2004).

25. Plaintiffs will show **comparators**—other Diamond Bar STR Listings on identical platforms not cited or encumbered—demonstrating **discriminatory effect and intent**.

**B. Due Process — Procedural, Substantive, and Fabrication of Evidence**

26. Defendants **deprived** Plaintiffs of property interests (leasing, refinancing, and selling their home) through arbitrary penalties, an **improper Lis pendens**, and reliance on **tainted, fabricated "inspection" materials**. *Mathews v. Eldridge*,

424 U.S. 319, 333 (1976) (notice and opportunity to be heard); see also **City of Los Angeles v. Patel**, 576 U.S. 409, 420–21 (2015)

27. Maintaining a Lis pendens **after compliance** clouded title and restricted alienation without a legitimate property claim, compounding the deprivation of due process.

**C. As-Applied Dormant Commerce Clause — Interference with Interstate Transactions**

28. In addition to Fourteenth Amendment violations, Defendants' **as-applied** enforcement of DBMC § 5.08.050 **unduly burdens interstate commerce**, contrary to the Dormant Commerce Clause (U.S. Const. art. I, § 8, cl. 3). Evenhanded local regulations are invalid where the **burden on interstate commerce is clearly excessive** relative to local benefits. *Pike v. Bruce Church, Inc.*, 397 U.S. 137, 142 (1970); see *Philadelphia v. New Jersey*, 437 U.S. 617, 624 (1978); *Granholm v. Heald*, 544 U.S. 460, 472–73 (2005).

29. Here, enforcement targeted **interstate channels**—national platforms (Airbnb/VRBO), out-of-state guests, and interstate payment networks—**while sparing** comparable "private" or locally arranged rentals. Less-restrictive alternatives (permits, quiet-hours, occupancy caps, TOT collection) could address local concerns without suppressing lawful interstate transactions. *Dean Milk Co. v. City of Madison*, 340 U.S. 349, 354–56 (1951).

30. Plaintiffs proceed **as-applied** and **distinguish** cases upholding other cities' STR regimes. Unlike *Rosenblatt v. City of Santa Monica*, 940 F.3d 439 (9th Cir. 2019), where the court sustained a facially neutral, generally applied

framework, Diamond Bar's enforcement here was **selective, retaliatory, and platform-targeted**, coupled with **title-clouding Lis pendens** and **premature fee tactics**—a combination that imposes **clearly excessive** burdens under *Pike* and functions as local economic protectionism.

**D. Resulting Harm and Remedies**

31. As a direct and proximate result of Defendants' selective, retaliatory, and protectionist enforcement, Plaintiffs suffered:

a. Clouded title and loss of refinancing/sale opportunities due to a wrongful **Lis pendens**;

b. Lost rental income and diminished market value;

c. Reputational injury and **emotional distress**; and

d. Substantial litigation expenses required to defend against arbitrary government action.

32. Defendants acted intentionally, maliciously, and in reckless disregard of Plaintiffs' constitutional rights. Plaintiffs seek **compensatory and punitive damages**, **declaratory relief**, **expungement** of the Lis pendens, and **injunctive relief** prohibiting further discriminatory or retaliatory enforcement, together with **reasonable attorney's fees** under 42 U.S.C. § 1988.

## SECOND CAUSE OF ACTION

Violation of the Fourth Amendment — Warrantless and Deceptive Entry, Unreasonable Search and Seizure (42 U.S.C. § 1983)

Against Defendants the City of Diamond Bar, Greg Gubman, and Ronnie Ramirez

33. Plaintiffs reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

34. The Fourth Amendment to the United States Constitution, applicable to state and local governments through the Fourteenth Amendment, guarantees that "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated." U.S. Const. amend. IV. These protections apply with particular force to one's home, which has always been afforded the highest degree of constitutional protection. *See* Payton v. New York, 445 U.S. 573, 585–86 (1980).

35. On or about May 16, 2023, Defendants Greg Gubman and Ronnie Ramirez, acting in their official capacities as code enforcement officers for the City of Diamond Bar, deceptively posed as Airbnb customers, booked one night at Plaintiffs' property at 24311 Knoll Court, and gained entry under false pretenses. This entry was made without a judicial warrant, without consent, and without exigent circumstances, in direct violation of the Fourth Amendment.

36. During this unauthorized intrusion, Defendants photographed and documented the interior and backyard of Plaintiffs' residence, including private living areas not accessible to the public. Defendants then used the unlawfully obtained images and observations as evidence in enforcement actions and court filings against Plaintiffs.

37. Under clearly established federal law, any warrantless entry into a private residence is presumptively unconstitutional, absent consent or exigent need. *See* Camara v. Municipal Court, 387 U.S. 523, 534–35 (1967) (administrative inspections require a warrant); Johnson v. United States, 333 U.S. 10, 13–14 (1948) (no entry without judicial authorization); Welsh v. Wisconsin, 466 U.S. 740, 748–49 (1984) (exigent circumstances narrowly construed).

38. Defendants' deceptive booking and undercover tactics did not constitute valid consent. Consent obtained through fraud, trickery, or pretense is void as a matter of law. Here, Defendants' purpose was not a legitimate administrative inspection but a targeted investigation to collect evidence for prosecution and retaliation.

39. Once inside, Defendants exceeded any conceivable scope of implied invitation by searching private areas, taking photographs, and collecting information unrelated to any health or safety concern. Such conduct constituted an unreasonable search and seizure in violation of the Fourth Amendment and Article I, § 13 of the California Constitution. *See* People v. Ramey, 16 Cal.3d 263, 275 (1976) (entry into home without warrant unlawful); Katz v. United States, 389 U.S. 347, 351–52 (1967) (Fourth Amendment protects people, not places).

40. Defendants' actions were not isolated incidents but were conducted under color of law and in accordance with a municipal custom or policy of unlawful entry and evidence fabrication authorized or ratified by the City of Diamond Bar. The City's failure to train and supervise its officers in constitutional search standards reflects deliberate indifference to citizens' Fourth Amendment rights. *See* Monell v. Dept. of Soc. Servs., 436 U.S. 658, 694 (1978); City of Canton v. Harris, 489 U.S. 378, 388–89 (1989).

41. The unlawful entry and resulting use of tainted evidence caused multiple constitutional injuries:

   a. Violation of Plaintiffs' reasonable expectation of privacy in their home;

   b. Emotional distress and humiliation caused by government intrusion into private living spaces;

c. Economic injury from enforcement actions and penalties based on unlawfully obtained evidence;

d. Loss of rental income for the days Defendants occupied the property; and

e. Clouded title and property devaluation due to subsequent court filings and Lis pendens.

42. The exclusionary rule prohibits use of evidence derived from unconstitutional searches. *See* Mapp v. Ohio, 367 U.S. 643, 655–56 (1961) (excluding evidence obtained by unlawful search); Franks v. Delaware, 438 U.S. 154, 165–71 (1978) (false statements and tainted evidence invalidate enforcement actions). Defendants' reliance on unlawfully obtained photographs and fabricated reports to support municipal proceedings against Plaintiffs renders all subsequent enforcement void and unconstitutional.

43. Furthermore, Defendant Gubman's phone call to Plaintiff John Zhong on May 13, 2023, threatening arrest if he did not appear at the property, constituted an unreasonable seizure and coercion under color of law. No warrant, probable cause, or legal justification existed for such threat, which was intended to intimidate and compel compliance through fear of arrest, violating Plaintiffs' liberty interests protected by the Fourth and Fourteenth Amendments. *See* Terry v. Ohio, 392 U.S. 1, 16 (1968) (seizure occurs when freedom of movement restrained by show of authority); United States v. Mendenhall, 446 U.S. 544, 553–54 (1980) (threats and commands constitute coercive seizure).

44. As a direct and proximate result of Defendants' unconstitutional conduct, Plaintiffs have suffered:

- Emotional distress, mental anguish, and humiliation;
- Lost income and rental opportunities;
- Financial losses arising from unlawful fines and penalties;
- Litigation costs and attorney's fees; and
- Violation of their fundamental right to privacy and security in their home.

45. Defendants' conduct was willful, wanton, and in reckless disregard of Plaintiffs' constitutional rights, warranting punitive damages under 42 U.S.C. § 1983. The City of Diamond Bar is also liable for its ratification and failure to train, which constituted a moving force behind the violations. *See* Connick v. Thompson, 563 U.S. 51, 60 (2011) (failure to train can give rise to municipal liability where pattern of violations shows deliberate indifference).

46. Plaintiffs therefore seek declaratory and injunctive relief, compensatory and punitive damages, exclusion of all unlawfully obtained evidence, and attorney's fees under 42 U.S.C. § 1988, to redress Defendants' ongoing violation of their constitutional rights.

## THIRD CAUSE OF ACTION

**First Amendment Retaliation (42 U.S.C. § 1983)**

**Against Defendants City of Diamond Bar, Greg Gubman, Ronnie Ramirez, and City Policymakers**

47. Plaintiffs reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

48. The First Amendment to the United States Constitution guarantees the right to freedom of speech, to petition the government for redress of grievances, and to seek judicial review without retaliation. U.S. Const. amend. I.

49. Defendants City of Diamond Bar, Gubman, Ramirez, and policymakers—including members of the City Council and the City Attorney's Office—retaliated against Plaintiffs for engaging in protected activity, including:

    (a) filing administrative and judicial appeals;

    (b) submitting verified statements to disqualify a biased judge; and

    (c) petitioning appellate courts for review of unconstitutional rulings.

50. Following Plaintiffs' petitions and public challenges to the City's unlawful conduct, Defendants retaliated by obstructing building permit approvals, imposing excessive fines totaling approximately **$4,500**, maintaining a wrongful **Lis pendens**, and filing premature motions for appellate attorney fees—all designed to punish and chill Plaintiffs' exercise of constitutional rights.

51. Defendants' actions lacked any legitimate governmental purpose and were intended to deter Plaintiffs from continuing their appeals or exposing municipal misconduct. Retaliatory state action against protected petitioning violates the First Amendment. *See* **Hartman v. Moore**, 547 U.S. 250, 256–59 (2006); **BE & K Constr. Co. v. NLRB**, 536 U.S. 516, 524–25 (2002); **Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle**, 429 U.S. 274, 283–84 (1977).

52. The Ninth Circuit recognizes that retaliation claims under § 1983 arise when officials take adverse action that would "chill or silence a person of ordinary firmness" from future First Amendment activity. *See* **Mendocino Envtl. Ctr. v. Mendocino County**, 192 F.3d 1283, 1300 (9th Cir. 1999). Here, the City's continued prosecution, penalties, and harassment would deter any reasonable person from exercising their right to petition.

53. As a direct and proximate result of this retaliation, Plaintiffs suffered financial losses, emotional distress, reputational damage, and continued interference with property rights.

54. Defendants acted intentionally and with reckless disregard of Plaintiffs' constitutional rights, entitling Plaintiffs to compensatory damages, punitive damages, and declaratory and injunctive relief under **42 U.S.C. §§ 1983 and 1988**.

## FOURTH CAUSE OF ACTION

**Abuse of Process (42 U.S.C. § 1983 and California Common Law)**

**Against Defendants City of Diamond Bar, Gubman, and Ramirez**

51. Plaintiffs reallege and incorporate by reference all preceding paragraphs.

52. Defendants misused judicial and administrative procedures to achieve ends not proper in the regular course of justice, including the filing of a **Lis pendens**, pursuit of a preliminary injunction after compliance, and repeated motions for attorney fees while appeals were pending.

- Abuse of process occurs when legal mechanisms are used to extort, coerce, or harass. *See* **Spellens v. Spellens**, 49 Cal.2d 210, 232 (1957); **Rusheen v. Cohen**, 37 Cal.4th 1048, 1056 (2006). Here, the City's litigation conduct sought to pressure Plaintiffs financially and emotionally into surrendering constitutional claims.

53. Defendants relied on illegally obtained evidence from May **16, 2023** warrantless entry to justify enforcement and penalties, violating due process and Fourth Amendment rights. Such misuse of unlawfully obtained evidence constitutes abuse of process and unconstitutional deprivation of property. *See* **Mapp v. Ohio**, 367 U.S. 643 (1961); **People v. Cahan**, 44 Cal.2d 434 (1955).

54. The City further weaponized administrative penalties and Lis pendens filings to cloud title, obstruct refinancing, and coerce Plaintiffs into settlement. Such conduct was arbitrary, malicious, and in bad faith.

55. As a direct result, Plaintiffs suffered economic losses, emotional distress, reputational harm, and continuing property devaluation. Plaintiffs are entitled to compensatory, punitive, declaratory, and injunctive relief.

56.

## FIFTH CAUSE OF ACTION

**Tortious Interference with Prospective Economic Advantage**

**(California Common Law)**

**Against Defendants City of Diamond Bar, Gubman, and Ramirez**

57. Plaintiffs reallege and incorporate by reference all preceding paragraphs.
58. Plaintiffs had ongoing economic relationships with tenants and prospective renters of their property through lawful long-term and short-term leasing arrangements. Defendants knew of these relationships yet intentionally interfered with them by posting citations, making threats, and unlawfully entering the property.
59. Defendants publicly shamed Plaintiffs by posting "Airbnb rentals are forbidden" notices, intimidating tenants into vacating and deterring future renters. They also booked the property deceptively under false pretenses, displacing legitimate guests and causing lost income.
60. The wrongful acts described—trespass, abuse of process, and retaliatory enforcement—constitute independently wrongful conduct under California law. *See* **Korea Supply Co. v. Lockheed Martin Corp.**, 29 Cal.4th 1134, 1153 (2003); **Della Penna v. Toyota Motor Sales**, 11 Cal.4th 376, 393 (1995).
61. As a result, Plaintiffs suffered economic injury, including lost tenants, decreased rental income, reputational damage, and financial hardship from coerced penalties and obstructed sales.

62. Plaintiffs are entitled to compensatory and punitive damages, injunctive relief, and other remedies available at law and equity.

## SIXTH CAUSE OF ACTION

**Trespass (California Common Law and 42 U.S.C. § 1983)**

**Against Defendants City of Diamond Bar, Greg Gubman, and Ronnie Ramirez**

63. Plaintiffs reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

64. Under **California Civil Code § 1708** and related precedent, trespass occurs when a person intentionally enters another's land without consent or legal right. *See* **Wilson v. Interlake Steel Co.**, 32 Cal.3d 229, 233 (1982). Entry obtained through fraud or misrepresentation invalidates any consent. *See* **Miller v. NBC**, 187 Cal.App.3d 1463, 1480 (1986);

65. On **May 16, 2023**, Defendants **Gubman** and **Ramirez**, acting under color of law, deceptively booked Plaintiffs' property through Airbnb, entered without consent, photographed the home's interior and backyard, and later used that evidence in municipal and judicial filings.

66. The trespass was aggravated by **Defendant Gubman's** threatening phone call to **Plaintiff John Zhong** on **May 13, 2023**, warning of arrest if he did not appear at the property. This intimidation coerced access and violated both state and federal constitutional rights.

67. Defendants' conduct constituted a physical invasion of Plaintiffs' home in violation of the **Fourth Amendment**, actionable under **42 U.S.C. § 1983**. *See*

**Payton v. New York**, 445 U.S. 573, 586 (1980); **Soldal v. Cook County**, 506 U.S. 56, 61–62 (1992).

68. The **City of Diamond Bar** is liable under **Monell v. Department of Social Services**, 436 U.S. 658, 694 (1978), because it ratified the unconstitutional trespass by using the unlawfully obtained evidence in court and in enforcement proceedings, including to deny Plaintiffs' building permit and levy approximately **$4,500** in penalties.

69. As a direct and proximate result of Defendants' trespass, Plaintiffs sustained injuries including lost rental income, emotional distress, deprivation of privacy, diminished property value, and reputational harm.

70. Defendants' acts were willful, malicious, and oppressive, entitling Plaintiffs to **compensatory damages**, **punitive damages** under *Smith v. Wade*, 461 U.S. 30 (1983), and **declaratory and injunctive relief** barring further reliance on illegally obtained evidence.

71. Plaintiffs also seek **attorney's fees and costs** under **42 U.S.C. § 1988**, and such additional relief as the Court deems just and proper.

## MONELL LIABILITY

(42 U.S.C. § 1983) Against Defendant City of Diamond Bar and Policymakers

72. Plaintiffs reallege and incorporate by reference all preceding paragraphs as though fully set forth herein. The constitutional violations alleged above, including unlawful searches, retaliation, selective enforcement, trespass, and deprivation of due process, were not isolated or random acts by rogue employees, but rather the direct result of municipal policy, custom, or established practice within the City of Diamond Bar and its authorized policymakers.

73. Under Monell v. Department of Social Services, 436 U.S. 658, 694 (1978), a municipality is liable under 42 U.S.C. § 1983 when execution of its official policy, custom, or practice causes the deprivation of constitutional rights. Here, the City's policymakers—including its City Council, City Manager, and City Attorney William Litvak—authorized, condoned, and ratified the unconstitutional conduct of Defendants Greg Gubman and Ronnie Ramirez, including deceptive entry into Plaintiffs' home, retaliatory fines, selective enforcement, and misuse of judicial processes.

74. Municipal liability arises when policymakers ratify unconstitutional conduct by failing to investigate or discipline, or by continuing to rely on unlawfully obtained evidence. *See* Pembaur v. City of Cincinnati, 475 U.S. 469, 480–81 (1986) (single decision by final policymaker may estabLish municipal liability); City of St. Louis v. Praprotnik, 485 U.S. 112, 127 (1988) (ratification by policymakers sufficient for liability); Lytle v. Carl, 382 F.3d 978, 987 (9th Cir. 2004).

75. The City of Diamond Bar maintains an official or de facto policy of using code enforcement and nuisance-abatement actions as punitive tools against targeted homeowners, political critics, and disfavored citizens. This policy and custom include:

- Selective enforcement of Diamond Bar Municipal Code § 5.08.050 solely against Plaintiffs.
- Ratification of warrantless and deceptive entries for evidence collection.
- Filing and maintaining improper Lis pendens to cloud title and coerce compliance;
- Pursuing retaliatory attorney fee motions and penalties to punish protected petitioning activity; and
- Refusal to discipline or supervise officers despite known misconduct and judicial challenges.

Such practices constitute deliberate indifference to constitutional rights. *See* City of Canton v. Harris, 489 U.S. 378, 388–92 (1989).

76. The City's deliberate indifference is further demonstrated by its failure to train or supervise enforcement personnel on constitutional limits of their authority, and by its ratification of officers' unlawful actions after the fact. *See* Connick v. Thompson, 563 U.S. 51, 61 (2011); Clouthier v. County of Contra Costa, 591 F.3d 1232, 1249 (9th Cir. 2010); Gillette v. Delmore, 979 F.2d 1342, 1348 (9th Cir. 1992).

77. Additionally, municipal policymakers ratified the unlawful conduct by adopting the illegally obtained photographs, declarations, and inspection reports into the City's official enforcement records and litigation filings; refusing to discipline Gubman and Ramirez; and continuing to prosecute Plaintiffs despite full compliance. Ratification constitutes "official policy" for purposes of Monell liability. *See* Haugen v. Brosseau, 351 F.3d 372, 393 (9th Cir. 2003).

78. As a direct and proximate result of the City's unconstitutional policies, customs, and ratified actions, Plaintiffs suffered and continue to suffer deprivations of their rights under the First, Fourth, and Fourteenth Amendments, including violations of privacy, property loss, emotional distress, reputational injury, and financial damages.

**Government Claims Act Compliance.** Plaintiffs have complied with the California Government Claims Act for all state-law claims asserted herein. See Gov't Code §§ 905, 910,

911.2, 915, 945.4. In **December of 2024**, Plaintiffs **presented written claims** to the **City of Diamond Bar to remove Lis pendens** pursuant to **Gov't Code §§ 910 and 915**. The City **did not act within 45 days**; therefore, the claims were **rejected by operation of law** under **Gov't Code § 912.4(c)**. This action is timely under **Gov't Code § 945.6(a)(2)**. Federal claims under 42 **U.S.C. § 1983** are **not** subject to the Government Claims Act.

## SEVENTH CAUSE OF ACTION

### Failure to Train, Supervise, and Discipline (42 U.S.C. § 1983)

### Against Defendant City of Diamond Bar

79. Plaintiffs reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

80. Defendant City of Diamond Bar, through its authorized policymakers—including the City Council, City Manager, and City Attorney William Litvak—failed to adequately train, supervise, and discipline its code enforcement officers, including Greg Gubman and Ronnie Ramirez, regarding constitutional constraints on searches, seizures, due process, and the rights of residents to seek judicial redress.

81. A municipality's failure to train or supervise its employees constitutes deliberate indifference to constitutional rights where the omission is so likely to result in violations that policymakers can be said to have been deliberately indifferent. *See* City of Canton v. Harris, 489 U.S. 378, 390 (1989); Board of County Commissioners of Bryan County v. Brown, 520 U.S. 397, 404–07 (1997).

a. The City failed to train or supervise in the following critical areas:

(a) The Fourth Amendment's prohibition against warrantless and deceptive entry into private homes;

(b) The First Amendment's protection against retaliation for petitioning or appealing government action;

(c) The Fourteenth Amendment's guarantees of equal protection and due process in enforcement; and

(d) The legal prohibitions against the fabrication of evidence, excessive penalties, and misuse of Lis pendens filings.

82. Policymakers were on actual notice of repeated constitutional violations and citizen complaints but took no corrective action, thereby ratifying and perpetuating misconduct. *See* Henry v. County of Shasta, 132 F.3d 512, 519 (9th Cir. 1997); Lee v. City of Los Angeles, 250 F.3d 668, 681 (9th Cir. 2001).

83. The City's failure to discipline or retrain its enforcement officers after known violations demonstrates a pattern of deliberate indifference and an ongoing municipal policy of disregarding constitutional protections. The City rewarded officers for issuing citations and pursuing litigation even where the alleged violations were moot or resolved, thereby encouraging retaliation and abuse of process.

84. As a direct and proximate result of the City's failure to train, supervise, and discipline its officers, Plaintiffs have suffered severe and continuing constitutional harm, including unlawful invasion of privacy, denial of due process, retaliatory fines, emotional distress, reputational damage, and financial loss.

85. Plaintiffs are entitled to compensatory damages, punitive damages against responsible policymakers in their individual capacities, and declaratory and injunctive relief prohibiting further violations, together with attorney's fees and costs under 42 U.S.C. § 1988.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs John Zhong and Catherine Li respectfully pray that this Honorable Court enter judgment in their favor and against all Defendants, jointly and severally, and grant the following relief:

A. Declaratory Relief

1. Declare that Defendants' acts and policies—including warrantless entry, selective enforcement, retaliatory fines, and the recording of a Lis pendens—violated Plaintiffs' rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution, as enforceable through 42 U.S.C. § 1983.

2. Declare that Diamond Bar Municipal Code § 5.08.050, as applied to Plaintiffs, unconstitutionally burdens interstate commerce and violates the Dormant Commerce Clause, U.S. Const. art. I, § 8, cl. 3.

3. Declare that Defendants' continued maintenance of the Lis pendens, reliance on unlawfully obtained evidence, and pursuit of premature attorney-fee motions constitute ongoing violations of federal law and due process.

B. Injunctive and Equitable Relief

1. Issue a permanent injunction prohibiting Defendants, their agents, employees, and successors from:

   a. enforcing Diamond Bar Municipal Code § 5.08.050 against Plaintiffs through unconstitutional means;

   b. using or introducing in any proceeding any evidence derived from warrantless or deceptive entry of Plaintiffs' property;

   c. recording, maintaining, or enforcing any Lis pendens or judicial notice related to the subject property; and

   d. engaging in retaliatory or selective enforcement of municipal ordinances against Plaintiffs.

2. Order the Los Angeles County Recorder's Office to expunge the Lis pendens and strike all related filings recorded by or at the direction of the City of Diamond Bar.

3. Vacate and withdraw the City's attorney-fee request and related filings as premature, unlawful, and retaliatory, recognizing that the request was made before entry of any final judgment and in violation of Plaintiffs' due process and First Amendment rights.

4. Enjoin Defendants from re-filing or reasserting any attorney-fee motion until lawful adjudication of this matter has reached final judgment.

C. Monetary Damages

1. Award compensatory damages to Plaintiffs for financial losses, including but not limited to:

- lost rental income and business opportunities;
- increased mortgage and interest costs;
- expenses incurred from retaliatory enforcement actions;
- reputational injury; and
- emotional distress caused by harassment, coercion, and public stigmatization.

2. Award punitive damages against the individual Defendants, including Officers Gubman and Ramirez, and any responsible policymakers, for their willful, malicious, and oppressive conduct under Smith v. Wade, 461 U.S. 30 (1983), in an amount sufficient to punish and deter similar misconduct.

D. Attorney's Fees and Costs

1. Award Plaintiffs reasonable attorney's fees and litigation costs pursuant to 42 U.S.C. § 1988, as this action vindicates significant constitutional rights and serves the public interest in deterring governmental abuse of power.

2. Grant any additional relief for fees or equitable remedies under 28 U.S.C. §§ 1920, 2201–2202, and other applicable laws.

E. Additional Relief

1. Grant such other and further relief as this Court deems just, proper, and equitable, including orders to vacate all retaliatory or unconstitutional state court orders derived from illegal evidence or improper judicial proceedings, as justice requires.

Respectfully Submitted,

Dated: October 6th, 2025

John Zhong, Plaintiff in Pro Per

Catherine Li, Plaintiff in Pro Per

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and the Seventh Amendment to the United States Constitution, Plaintiffs John Zhong and Catherine Li hereby respectfully demand a trial by jury on all issues of fact and all causes of action so triable in this case.

Plaintiffs seek a jury determination of their claims under 42 U.S.C. § 1983, including but not limited to:

- unlawful search and seizure under the Fourth Amendment.
- retaliation in violation of the First Amendment.
- denial of equal protection and due process under the Fourteenth Amendment.
- municipal liability under *Monell* and related precedents; and
- damages for emotional distress, reputational injury, and financial loss caused by the City's unconstitutional actions.

Plaintiffs assert that these claims involve disputed issues of fact—including the motives, conduct, and credibility of City officials and enforcement officers—which are constitutionally reserved for determination by a jury of their peers.

The right to a jury trial in civil rights actions is a fundamental safeguard of liberty, and Plaintiffs expressly invoke it as to all factual matters and damages claims alleged herein. See *Curtis v. Loether*, 415 U.S. 189, 195–96 (1974) (holding that civil rights plaintiffs are entitled to jury trial on all legal issues).

## VERIFICATION

We, the undersigned Plaintiffs, declare that we have read the foregoing Verified Federal Civil Rights Complaint and know its contents. The allegations therein are true and correct to the best of our knowledge, information, and belief, formed after reasonable inquiry.

We make this verification pursuant to 28 U.S.C. § 1746 and California Code of Civil Procedure § 446, acknowledging that this verified pleading is executed under penalty of perjury and has the same force and effect as a sworn statement made before a notary public.

We further declare that all factual statements concerning the actions of the City of Diamond Bar, its officers, and policymakers are based on our personal knowledge, firsthand observation, and documentary evidence in our possession, and that we are competent to testify thereto.

We make this verification voluntarily and without coercion, for the purpose of seeking justice and the protection of our constitutional rights guaranteed by the United States and California Constitutions.

Executed under penalty of perjury under the laws of the United States of America and the State of California.

Dated: October 6, 2025

at: City of Diamond Bar, California

John Zhong, Plaintiff in Pro Per

Catherine Li, Plaintiff in Pro Per

## TABLE OF AUTHORITIES

Cases:

- BE&K Constr. Co. v. NLRB, 536 U.S. 516 (2002)
- BGJ Assocs. v. Superior Court, 75 Cal.App.4th 952 (1999)
- Camara v. Municipal Court, 387 U.S. 523 (1967)
- CarePartners, LLC v. Lashway, 903 F.3d 1065 (9th Cir. 2017)
- Christie v. City of El Centro, 135 Cal.App.4th 767 (2006)
- City of Canton v. Harris, 489 U.S. 378 (1989)
- Duran v. City of Douglas, 904 F.2d 1372 (9th Cir. 1990)
- Fine v. Superior Court, 97 Cal.App.4th 651 (2002)
- Franks v. Delaware, 438 U.S. 154 (1978)
- Hartman v. Moore, 547 U.S. 250 (2006)
- Mathews v. Eldridge, 424 U.S. 319 (1976)
- McCartney v. Commission on Judicial Qualifications, 12 Cal.3d 512 (1974)
- Miller v. National Broad. Co., 187 Cal.App.3d 1463 (1986)

• Monell v. Dep't of Social Services, 436 U.S. 658 (1978)

• Pembaur v. City of Cincinnati, 475 U.S. 469 (1986)

• • Philadelphia v. New Jersey, 437 U.S. 617 (1978)

• Pike v. Bruce Church, Inc., 397 U.S. 137 (1970)

• PBA, LLC v. KPOD, Ltd., 112 Cal.App.4th 965 (2003)

• Rusheen v. Cohen, 37 Cal.4th 1048 (2006)

• Sheldon Appel Co. v. Albert & Oliker, 47 Cal.3d 863 (1989)

• United States v. Prescott, 581 F.2d 1343 (9th Cir. 1978)

• Village of Willowbrook v. Olech, 528 U.S. 562 (2000)

• Yick Wo v. Hopkins, 118 U.S. 356 (1886)

Statutes & Rules:

• 42 U.S.C. § 1983

• 42 U.S.C. § 1988

• 28 U.S.C. §§ 1331, 1343(a)(3), 1391(b), 2201–2202

• Cal. Civ. Proc. Code §§ 170.1, 170.3, 170.4(b)

- Cal. Civ. Proc. Code §§ 405.30–405.32
- Diamond Bar Municipal Code § 5.08.050
- Gov't Code § 38773.5(b)

# EXHIBIT A

William Litvak (SBN 90533)
Brandon A. Sanchez (SBN 300178)
Aria Guilani (SBN 337834)
DAPEER, ROSENBLIT & LITVAK, LLP
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
Phone: 310-477-5575
Fax: 310-477-7090

Attorneys for Plaintiff
City of Diamond Bar

Exempt from filing fees pursuant to Government Code section 6103.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES—EAST JUDICIAL DISTRICT—POMONA COURTHOUSE

| | |
|---|---|
| CITY OF DIAMOND BAR, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ZHONG, an individual; CATHERINE LI, an individual; and DOES 1 through 50,<br><br>Defendants. | Case Number: 23PSCV02124<br>Action Filed: July 14, 2023<br><br>**DECLARATION OF COMMUNITY DEVELOPMENT DIRECTOR GREG GUBMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Salvatore Sirna<br>Dept.: G<br><br>[Filed concurrently with:<br>1. Notice of Preliminary Injunction Motion.<br>2. Memorandum of Points and Authorities.<br>3. Declaration of Officer Ramirez.<br>4. Request for Judicial Notice.<br>5. Proposed Preliminary Injunction Order.<br>6. Proof of Service.]<br><br>Motion Hearing<br>Date: Wednesday, November 29, 2023<br>Time: 8:30 a.m.<br><br>**RESERVATION NO.: 468204108257**<br><br>Trial<br>Date: None Set |

**DECLARATION OF COMMUNITY DEVELOPMENT DIRECTOR GREG GUBMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Greg Gubman, declare as follows:

1. I am currently employed as the Director of the Community Development Department for the City of Diamond Bar. My responsibilities include interpreting and applying the Diamond Bar Municipal Code ("DBMC"), which includes the City's zoning regulations. The following information is of my own personal knowledge or from my review of the files on this matter maintained by the City's Community Development Department in the ordinary course of business. If called upon as a witness, I could and would competently testify thereto.

2. I am submitting this declaration in support of the City's motion for preliminary injunction. In my capacity as Director, I have supervised the City's efforts to address the unlawful activity at the real property located at 24311 Knoll Court, Diamond Bar, California 91765 ("Subject Property").

3. I am informed and believe that the Subject Property is owned by John Zhong and Catherine Li, as husband and wife, at all times relevant to this declaration. I am informed and believe that John Zhong and Catherine Li operate a short-term rental business at the Subject Property, at all times relevant to this declaration.

4. The Subject Property is zoned Low Density Residential ("RL"), a residential zoning district. The City has a "permissive" zoning code, meaning only expressly permitted uses are allowed in a given zone. Stated another way, any land use not expressly permitted in a zone is by operation of law deemed a prohibited land use in the applicable zone. (DBMC, § 22.04.020(h).)

5. Table 2-3 identifies the uses of land allowed in each residential zoning district, and the land use permit required to establish each use, if any. (DBMC, § 22.08.030.) Approved uses in the RL zone include various residential uses. (See DBMC, § 22.08.030, Table 2-3 [Land Use Table].) The DBMC defines a *short-term rental* as the following: "The use of any dwelling unit, or any portion thereof, for short-term occupancy." (DBMC, § 22.80.020.) *Short-term occupancy* is defined as the "use or possession, or right to use or possess, of any portion of a dwelling unit, room or rooms offered for remuneration for dwelling, lodging or sleeping purposes for a period of less than 30 days. Short-term

rental activity is not listed as a permitted use in the RL zone. the zone for the Subject Property, so it is deemed prohibited by omission. (DBMC, §§ 22.04.020(h), 22.08.030, Table 2-3 [Land Use Table].)

6. Further, short-term rentals are expressly prohibited in numerous other portions of the DBMC. According to Section 22.80.020, "short-term rentals are prohibited in all zoning districts" in the City. According to Section 5.08.050(b), "[i]t is a violation of this Code for an owner or lessee of property or any agent thereof, to rent a dwelling unit or any portion thereof, for short-term occupancy or as a short-term rental as such terms are defined in subsection (s) of section 22.080.020." According to Section 5.08.050(c), "[i]t is a violation of this Code for an owner or lessee of property or any agent thereof, to place or permit to be placed, any printed or lettered announcement, whether in a magazine, newspaper, handbill, notice, display, billboard, poster, email, Internet website or application, or any other form of advertisement for a short-term occupancy or short-term rental in a zoning district in which such uses are not permitted."

7. Therefore, any short-term rental activity is prohibited on the Subject Property. (DBMC, § 22.04.020(h).)

8. On May 15, 2023, I performed an investigation for advertisement of the Subject Property on Airbnb, and observed such an advertisement. A true and correct copy of the Airbnb advertisement as of May 15, 2023 is attached to this Declaration as Exhibit E and is incorporated herein.

9. On May 16, 2023, I booked a one-night stay at the Subject Property via the Airbnb website, where the Subject Property was advertised. The Airbnb was hosted by "John Zhong," who I am informed and believe is John Zhong, an owner of the Subject Property. The rental was for a stay from May 30 to May 31, 2023. A true and correct copy of the Airbnb booking confirmation is attached to this Declaration as Exhibit F and is incorporated herein.

10. On May 18, 2023, I corresponded with Mr. Zhong via email and Airbnb direct message. Mr. Zhong provided me the rules for his rental, arrival instructions, a code for the lockbox to enter the Subject Property for the reserved date. True and correct copies of the messages are collectively attached to this Declaration as Exhibit G and are incorporated herein.

11. On May 30, 2023, I completed the rental and accessed the Subject Property using the code provided by Mr. Zhong.

12. My rental that was reserved on May 16 and occurred on May 30 constitutes a short-term rental within the meaning of the above-referenced DBMC provisions.

13. In my role as Community Development Director, I am familiar with the City's record keeping system for permits and other land use approvals. After a thorough review of the records related to the Subject Property, I was unable to find any permits or other approvals that authorize the Subject Property to be used in its current manner for short-term rental activity.

14. Accordingly, John Zhong and Catherine Li's short-term rental activity is in violation of numerous provisions of the City's laws, including 5.08.050, 22.04.020(h), 22.08.030, and 22.80.020.

15. As the owners of the Subject Property, Catherine Li and John Zhong are legally and factually responsible for the unlawful use there. Their acts or omissions have caused, allowed, permitted, used, maintained, or suffered these violations of the DBMC at the Subject Property.

16. Though not an essential element of proof for the purposes of this motion, it is important for the Court to understand that there are numerous public policy reasons supporting the City's short-term rental ban. Banning short-term rentals, such as those offered through platforms like Airbnb, addresses numerous downsides resulting from a proliferation of short-term rentals within cities. Short-term rentals can drive up housing costs by reducing the available housing stock for long-term tenants, leading to higher rents and home prices and making it more difficult for residents to find affordable housing. Short-term rentals can disrupt residential neighborhoods, such as the one the Subject Property is located in, because short-term rentals are known to lead to noise, partying, and an influx of transient visitors. Short-term rentals are also incompatible with residential zoning districts due to short-term rentals within a residential zone representing a de facto spot zoning of a residential site to a commercial business. This disrupts the character of residential neighborhoods and erodes the sense of community within the neighborhood.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 23, 2023

Greg Gubman [digital signature]

Greg Gubman

**EXHIBIT E**

**MAY 15, 2023 AIRBNB AD**

Overview History Activity Feed



24311 Knoll Ct Diamond Bar CA 91765

**Possible Violations (0)**

We found no violations for this property

All (2) Airbnb (1) Vrbo (1)

Airbnb 45355146

| | |
|---|---|
| John | 5 |
| None | 10 |
| Full Unit | Main Structure |
| | 2020-11-25 |

Vrbo 2947553

| | |
|---|---|
| JOHN ZHONG | 5 |
| None | 10 |
| Full Unit | Main Structure |
| | 2022-08-07 |

Location

Property Details

| | |
|---|---|
| 8713040016 | Zhong John |
| Also [illegible] | No |
| 18138 E WALNUT DR #202 ROWLAND HEIGHTS CA 91748 | |

Booking Activities

May 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 $461 | 2 $460 | 3 $460 | 4 $461 | 5 $461 | 6 $460 |
| 7 $460 | 8 $461 | 9 $460 | 10 $460 | 11 $460 | 12 $460 | 13 $460 |
| 14 $460 | 15 $461 | 16 $461 | 17 $460 | 18 $461 | 19 $460 | 20 $460 |
| 21 $460 | 22 $460 | 23 $460 | 24 $460 | 25 $461 | 26 $460 | 27 $460 |
| 28 $460 | 29 $460 | 30 $460 | 31 $460 | | | |

Jun 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 $460 | 2 $460 | 3 $460 |
| 4 $460 | 5 $460 | 6 $460 | 7 $460 | 8 $461 | 9 $460 | 10 $460 |
| 11 $460 | 12 $460 | 13 $460 | 14 $460 | 15 $460 | 16 $460 | 17 $460 |
| 18 $460 | 19 $460 | 20 $460 | 21 $460 | 22 $460 | 23 $460 | 24 $460 |
| 25 $460 | 26 $460 | 27 $460 | 28 $460 | 29 $460 | 30 $460 | |

Aggregate Statistics

Host Revenue
$3,630
Total Revenue

Booking Activities
27% Occupancy This Month
167 Nights Booked in past 12 Months

Average Daily Rate
$477
Avg Rate This Month

Transient Occupancy Tax
$508
Total TOT

(Rentalscape) 5/15/23

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

★ 4.82 · 60 reviews · Superhost · Diamond Bar, California, United States    Share    Save



## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths



**$600** night

★ 4.83 · 63 reviews

| CHECK-IN | CHECKOUT |
| --- | --- |
| 6/4/2023 | 6/5/2023 |

GUESTS
1 guest

You won't be charged yet

| | |
| --- | --- |
| $600 x 1 night | $600 |
| Cleaning fee | $300 |
| Airbnb service fee | $127 |

Total before taxes $1,027

**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

**John is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

Report this listing

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

☆ 4.83 · 63 reviews · Superhost · Diamond Bar, California, United States Share Save



## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths



**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

**John is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

**aircover**

Every booking includes free protection from Host cancellations, listing inaccuracies, and other issues like trouble checking in.

Learn more

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

**$408** night

★ 4.82 · 60 reviews

CHECK-IN 6/4/2023

CHECKOUT 6/7/2023

GUESTS
1 guest

CANCELLATION POLICIES

Non-refundable · $1,796 total

Refundable · $1,951 total
Free cancellation for 48 hours. Cancel before May 28 for a partial refund.

You won't be charged yet

Show price details

**Total before taxes $1,796**

Report this listing

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

## What this place offers

- Courtyard view
- Garden view
- Kitchen
- Wifi
- Dedicated workspace
- Free parking on premises
- Private pool
- Private hot tub - available all year
- 65" HDTV with Amazon Prime Video, Disney+, Netflix
- Security cameras on property

Show all 71 amenities

## 3 nights in Diamond Bar

Jun 4, 2023 - Jun 7, 2023

May 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 4 | 5 | 6 | | | | |
| 11 | 12 | 1: | | | | |
| 18 | 19 | 2( | | | | |

## ★ 4.82 · 60 reviews

| | |
|---|---|
| Cleanliness | 4.8 |
| Accuracy | 4.8 |
| Communication | 4.9 |
| Location | 5.0 |
| Check-in | 4.9 |
| Value | 4.7 |

Jennifer
April 2023

Overall ok

Erin
April 2023

I absolutely had a great time ! Everything that was listed on the description was in the home and photos matched!!! It was very quiet and peaceful! Anything you'd need is in the neighborhood

(stores,banks etc) I didn't have to travel far.

Show more >

Imee
April 2023

Excellent location and beautiful clean house. Highly recommend and we will be book again.

Ying
April 2023

Very spacious and clean place to stay. Nice and quiet community. Convenient location ion for our visit to LA.

Saichun
April 2023

It is general a good experience to be here.

Edward
March 2023

Beautiful, very spacious and a nice neighborhood. John was also very responsive and helpful and accommodating. I would recommend staying here!

Show all 60 reviews

## Where you'll be

**Diamond Bar, California, United States**

Los Angeles 5 Bedrooms 3 baths. High pretigious Community. Beatiful Pool & Hot Jacuzzi exceptional, Open All Year Round. Hight quality and Quiet Community, Party not allowed. Welcome noble people to enjoy the sunshine and food in L.A. Plenty Restaurant and stores. 50 min to LAX, 3...

Show more >

## Hosted by John

Joined in July 2016

254 Reviews

Identity verified

Superhost

TAX Accountant. Love to travel, will treat you like my family member when you live in my house. We are brothers and sisters under God.

**Co-Hosts**

Catherine

**During your stay**

6269913676 test 24 hours

**John is a Superhost**

Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

Languages: English, 中文 (简体)

Response rate: 100%

Response time: within an hour

Contact Host

To protect your payment, never transfer money or communicate outside of the Airbnb website or app.

## Things to know

### House rules

Check-in after 3:00 PM

Checkout before 11:00 AM

10 guests maximum

Show more >

### Safety & property

Security camera/recording device

Pool/hot tub without a gate or lock

Carbon monoxide alarm

Show more >

### Cancellation policy

This reservation is non-refundable.

Review the Host's full cancellation policy which applies even if you cancel for illness or disruptions caused by COVID-19.

Show more >

**Support**

Help Center
AirCover

Supporting people with disabilities

Cancellation options

Our COVID-19 Response

Report a neighborhood concern

**Community**

Airbnb.org: disaster relief housing

Combating discrimination

**Hosting**

Airbnb your home

AirCover for Hosts

Explore hosting resources

Visit our community forum

How to host responsibly

Airbnb-friendly apartments

**Airbnb**

Newsroom

Learn about new features

Letter from our founders

Careers

Investors

Gift cards

English (US) $ USD

© 2023 Airbnb, Inc.

Terms · Sitemap · Privacy · Your Privacy Choices

Vrbo (https://www.vrbo.com/)

Anaheim, California, United States of America

Jun 7

Jun 10

10 Guests

Search

United States of America / California / Diamond Bar

LOS ANGLES DIAMOND 5 BEDROOMS 3 BATHS NEAR DISLAND W/POOL

Save

Share



$966 /night

Your dates are available

| Check In | Check Out |
|---|---|
| Jun 7 | Jun 10 |
| Guests | |
| 10 guests | |

**Total** **$3,653.00**

Total includes fees, not tax View details

Or as low as **$178/mo** with affirm Learn more

Book now

JOHN ZHONG

Contact host

**Property #** 2947852

Report this property

Know before you go

Check Covid restrictions here (https://apply.joinsherpa.com/travel-restrictions?affiliateId=vrbo)

# About this rental

House
3600 sq. ft

5 bedrooms
7 beds Sleeps 10

3 bathrooms

3 full baths

Spaces
Kitchen · Deck/Patio · Balcony

5 BEDROOMS 3 BATHS IN THE SAFE PRETIGIOUS COMMUNITY WITH BEAUTIFUL POOL AND JACUZZI, QUIET ENJOYMENT OF YOUR VACATION AND VISIT DISLAND AND UNIVERSAL STUDIO HOLLYWOOD WITHIN 35 TO 45 MINUTES DRIVE. 45 MINUTES DRIVE TO SANTA MONICA AND ALL BEACHES IN LOS ANGELES AREA, CLOSE TO PARK AND SUPERMARKET, CONVENIENT TO MANY RESTAURANTS. COVID FREE.

Hosted by JOHN ZHONG

# Policies

Cancellation policy

Your booking will not qualify for a refund based on your trip dates

Free cancellation deadlines are in the property's timezone. Learn more about cancellation policies. (https://help.vrbo.com/articles/What-is-the-cancellation-policy)

*If you have upcoming trips, you can manage or cancel your booking in your traveler account.*

View upcoming trip (traveler/th/bookings)

Damage and incidentals

You will be responsible for any damage to the rental property caused by you or your party during your stay.

House Rules

**Check in** after 4:00 PM
**Check out** before 11:00 AM

Maximum overnight guests: 10 (sleeps up to 10 adults)
NO PARTY EVENTS. POOL TIME IS FROM 9 AM TO 9 PM.
Minimum age to rent: 24

Children allowed: ages 0-17
No pets allowed
No events allowed
No smoking allowed

Cleaning practices

- Cleaned with disinfectant
- All towels and bedding washed in hot water that's at least 60°C/140°F
- High-touch surfaces cleaned with disinfectant (like countertops, light switches, handles, and faucets)

## Amenities

- Swimming pool
- Internet
- Air conditioning
- TV
- Washer & dryer
- Parking
- No smoking
- Heater

View all 52 amenities

## Rooms & beds

Bedrooms: 5 (Sleeps: 10)

| Bedroom 1 | Bedroom 2 | Bedroom 3 |
| --- | --- | --- |
| Queen | Queen | Queen |

Bathrooms: 3

Bathroom 1
tub · bidet · Toilet · Shower · Combination tub/shower

Bathroom 2
tub · bidet · Toilet · Shower · Combination tub/shower

Bathroom 3
bidet · Toilet · Shc
Combination tub/

Spaces

Kitchen

Deck/Patio

Balcony

Lawn/Garden

Kitchenette

Outdoor play area

# Map

**Diamond Bar, California, United States of America Detailed location provided after booking**

What's nearby

1. The Shoppes at Chino Hills 3.8 mi

2. California State Polytech... 4.1 mi

3. Los Serranos Country Cl... 5.7 mi

4. BAPS Shri Swaminarayan... 5.9 mi

5. Black Gold Golf Club 6 mi

6. Fairplex 6.3 mi

‹ 1 - 6 of 12 ›

# Hosted by JOHN ZHONG

Member since 2022

**View more about JOHN ZHONG**

Languages: Mandarin, ENGLISH

Contact host

Home (https://www.vrbo.com/vacation-rentals) › United States (https://www.vrbo.com/vacation-rentals/usa) › California (https://www.vrbo.com/vacation-rentals/usa/california) › Los Angeles County (https://www.vrbo.com/vacation-rentals/usa/california/los-angeles-county) › Diamond Bar (https://www.vrbo.com/vacation-rentals/usa/california/los-angeles-county/diamond-bar)

## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths

**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

**John is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

~~$562~~ $342 night

☆ 4.77 · 66 reviews

CHECK-IN 7/10/2023 | CHECKOUT 7/11/2023

GUESTS
1 guest

CANCELLATION POLICIES

Non-refundable · $733 total

Refundable · $776 total
Free cancellation for 48 hours. Cancel before Jul 3 for a partial refund.

You won't be charged yet

Show price details

Total before taxes $733

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

Report this listing

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

★ 4.77 · 66 reviews · Superhost · Diamond Bar, California, United States Share Save



## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths



~~$562~~ $342 night

★ 4.83 · 63 reviews

CHECK-IN 7/21/2023

CHECKOUT 7/23/2023

GUESTS
1 guest

CANCELLATION POLICIES

Non-refundable · $1,123 total

Refundable · $1,210 total
Free cancellation for 48 hours. Cancel before Jul 14 for a partial refund.

You won't be charged yet

Show price details

Total before taxes $1,123

**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

**John is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

Report this listing

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

☆ 4.83 · 63 reviews · Superhost · Diamond Bar, California, United States     Share   Save



## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths



**$600** night

★ 4.83 · 63 reviews

| CHECK-IN | CHECKOUT |
| --- | --- |
| 9/1/2023 | 9/2/2023 |

GUESTS
1 guest

**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

You won't be charged yet

| | |
| --- | --- |
| $600 x 1 night | $600 |
| Cleaning fee | $300 |
| Airbnb service fee | $127 |
| Total before taxes | $1,027 |

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

Report this listing

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

★ 4.83 · 63 reviews · Superhost · Diamond Bar, California, United States    Share    Save



**EXHIBIT F**

MAY 16, 2023 AIRBNB BOOKING CONFIRMATION

Viamono Bar — Greg's CD-Director
Reservation 5/16/23

John and Catherine



**Los Angeles 5 BEDS 4 BATHS Near Se...**

Reservation confirmed · May 30 – 31

Reservation  Share listing  Change

May 16, 2023

To protect your payment, always communicate and pay through the Airbnb website or app.



**Greg**

Disneyland with out-of-town family. AM check-in

Your reservation is confirmed for 4 guests on May 30 – 31. Show reservation

# EXHIBIT G

## MAY 18, 2023 MESSAGES WITH ZHONG

**Ronnie Ramirez**

| | |
|---|---|
| **From:** | Investor World <investorworld838@gmail.com> |
| **Sent:** | Thursday, May 25, 2023 4:33 PM |
| **To:** | Greg Gubman |
| **Subject:** | Fwd: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023 |

**CAUTION: This message originated outside of our City of Diamond Bar network.**

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

## Forwarded Conversation

**Subject: RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023**

------------------------

From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

welcome

Reply

Respond to John by replying directly to this email.

## Reservation details

Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

Home - Entire home/apt hosted by John

Guests

2 adults, 2 children

↓ Check-In

Tuesday

May 30, 2023

↑ Check-out

Wednesday

May 31, 2023

Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103, USA

Get the Airbnb app

Download on the App Store | GET IT ON Google Play

Update your email preferences to choose which emails you get or unsubscribe from this type of email.

----------

From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@email.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

LANDLORD CELL: 626-9913676, text please
OFFICE#626-839589840 minutes from lax
Exit from azusa avenue south of 60 fwy

----------

From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

THE POOL TIME IS FROM 9 AM TO 9 PM. And Jacuzzi can be used per request of a extra fee. Pool will only be used in summer and will not be allowed to be heated. NO MIRAJUANA SMOKING. IF FOUND, DEPOSIT WILL NOT BE RETURNED.no smoking inside house please

Use my youtube
Channel to watch all tv programm

----------
From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



## John

all linens,towels and utensils are for use only during stay. Do not take away. If missing items, host will claim. Pool time is from 9:00am to 9 :00pm. And using jacuzzi will be charged for a extra fee. Please turn off immediately after using. Please park the car inside the garage. Pool area is not allowed to play music. Smoking is not allowed during stay in whole place. Please throw the trash to the dustbin outside of house. Please put towels to the washer before leaving and put back tv and garage remote to the original place. Please lock the door and put key in the lockbox and notify host by text . Thank you for staying in my house. there is electrical thermostate if central air. And the lights are also can be controlled by moving. There is electric toilet for cleanig.

all linens,towels and utensils are for use only during stay. Do not take away. If missing items, host will claim. Please park the car inside the garage.Smoking is not allowed during stay in whole place. Please throw the trash to the dustbin outside of house. Please put towels to the washer before leaving and put back tv and garage remote

to the original place. Please lock the door and put key in the lockbox and notify host by text 6269913676. Thank you for staying in my house. there is electrical thermostate if central air. And the lights are also can be controlled by moving. There is electric toilet for cleanig.

----------
From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

Los Angeles 5 Bedrooms 3 baths. High pretigious Community. Beatiful Pool & Hot Jacuzzi exceptional, Open All Year Round. Hight quality and Quiet Community, Party not allowed. Welcome noble people to enjoy the sunshine and food in L.A. Plenty Restaurant and stores. 50 min to LAX, 35 min to disney land, 50 min to Universal Studio, Hollywood, Santa Monica etc Beaches in the west and Laguan beach etc beaches in the South. Close to the sky and close to the sea. Diamond in Diamond Bar, Los Angeles.many restaurants and shops. Grocery stores in walking distance.

----------
From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:29 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

35 minutes to disneyland
50 minutes to universal studio
50 minutes to santa monica beach
50 min to LAX there is bus station in walking distance.

----------
From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:29 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.

lockbox 6550

# EXHIBIT B

William Litvak (SBN 90533)
Brandon A. Sanchez (SBN 300178)
Aria Guilani (SBN 337834)
DAPEER, ROSENBLIT & LITVAK, LLP
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
Phone: 310-477-5575
Fax: 310-477-7090

Attorneys for Plaintiff
City of Diamond Bar

Exempt from filing fees pursuant to Government Code section 6103.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES—EAST JUDICIAL DISTRICT—POMONA COURTHOUSE

CITY OF DIAMOND BAR, a municipal corporation,

Plaintiff,

v.

JOHN ZHONG, an individual; CATHERINE LI, an individual; and DOES 1 through 50,

Defendants.

Case Number: 23PSCV02124
Action Filed: July 14, 2023

**DECLARATION OF COMMUNITY DEVELOPMENT DIRECTOR GREG GUBMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Judge: Hon. Salvatore Sirna
Dept.: G

[Filed concurrently with:
1. Notice of Preliminary Injunction Motion.
2. Memorandum of Points and Authorities.
3. Declaration of Officer Ramirez.
4. Request for Judicial Notice.
5. Proposed Preliminary Injunction Order.
6. Proof of Service.]

Motion Hearing
Date: Wednesday, November 29, 2023
Time: 8:30 a.m.

**RESERVATION NO.: 468204108257**

Trial
Date: None Set

**DECLARATION OF COMMUNITY DEVELOPMENT DIRECTOR GREG GUBMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Greg Gubman, declare as follows:

1. I am currently employed as the Director of the Community Development Department for the City of Diamond Bar. My responsibilities include interpreting and applying the Diamond Bar Municipal Code ("DBMC"), which includes the City's zoning regulations. The following information is of my own personal knowledge or from my review of the files on this matter maintained by the City's Community Development Department in the ordinary course of business. If called upon as a witness, I could and would competently testify thereto.

2. I am submitting this declaration in support of the City's motion for preliminary injunction. In my capacity as Director, I have supervised the City's efforts to address the unlawful activity at the real property located at 24311 Knoll Court, Diamond Bar, California 91765 ("Subject Property").

3. I am informed and believe that the Subject Property is owned by John Zhong and Catherine Li, as husband and wife, at all times relevant to this declaration. I am informed and believe that John Zhong and Catherine Li operate a short-term rental business at the Subject Property, at all times relevant to this declaration.

4. The Subject Property is zoned Low Density Residential ("RL"), a residential zoning district. The City has a "permissive" zoning code, meaning only expressly permitted uses are allowed in a given zone. Stated another way, any land use not expressly permitted in a zone is by operation of law deemed a prohibited land use in the applicable zone. (DBMC, § 22.04.020(h).)

5. Table 2-3 identifies the uses of land allowed in each residential zoning district, and the land use permit required to establish each use, if any. (DBMC, § 22.08.030.) Approved uses in the RL zone include various residential uses. (See DBMC, § 22.08.030, Table 2-3 [Land Use Table].) The DBMC defines a *short-term rental* as the following: "The use of any dwelling unit, or any portion thereof, for short-term occupancy." (DBMC, § 22.80.020.) *Short-term occupancy* is defined as the "use or possession, or right to use or possess, of any portion of a dwelling unit, room or rooms offered for remuneration for dwelling, lodging or sleeping purposes for a period of less than 30 days. Short-term

rental activity is not listed as a permitted use in the RL zone. the zone for the Subject Property, so it is deemed prohibited by omission. (DBMC, §§ 22.04.020(h), 22.08.030, Table 2-3 [Land Use Table].)

6. Further, short-term rentals are expressly prohibited in numerous other portions of the DBMC. According to Section 22.80.020, "short-term rentals are prohibited in all zoning districts" in the City. According to Section 5.08.050(b), "[i]t is a violation of this Code for an owner or lessee of property or any agent thereof, to rent a dwelling unit or any portion thereof, for short-term occupancy or as a short-term rental as such terms are defined in subsection (s) of section 22.080.020." According to Section 5.08.050(c), "[i]t is a violation of this Code for an owner or lessee of property or any agent thereof, to place or permit to be placed, any printed or lettered announcement, whether in a magazine, newspaper, handbill, notice, display, billboard, poster, email, Internet website or application, or any other form of advertisement for a short-term occupancy or short-term rental in a zoning district in which such uses are not permitted."

7. Therefore, any short-term rental activity is prohibited on the Subject Property. (DBMC, § 22.04.020(h).)

8. On May 15, 2023, I performed an investigation for advertisement of the Subject Property on Airbnb, and observed such an advertisement. A true and correct copy of the Airbnb advertisement as of May 15, 2023 is attached to this Declaration as Exhibit E and is incorporated herein.

9. On May 16, 2023, I booked a one-night stay at the Subject Property via the Airbnb website, where the Subject Property was advertised. The Airbnb was hosted by "John Zhong," who I am informed and believe is John Zhong, an owner of the Subject Property. The rental was for a stay from May 30 to May 31, 2023. A true and correct copy of the Airbnb booking confirmation is attached to this Declaration as Exhibit F and is incorporated herein.

10. On May 18, 2023, I corresponded with Mr. Zhong via email and Airbnb direct message. Mr. Zhong provided me the rules for his rental, arrival instructions, a code for the lockbox to enter the Subject Property for the reserved date. True and correct copies of the messages are collectively attached to this Declaration as Exhibit G and are incorporated herein.

11. On May 30, 2023, I completed the rental and accessed the Subject Property using the code provided by Mr. Zhong.

12. My rental that was reserved on May 16 and occurred on May 30 constitutes a short-term rental within the meaning of the above-referenced DBMC provisions.

13. In my role as Community Development Director, I am familiar with the City's record keeping system for permits and other land use approvals. After a thorough review of the records related to the Subject Property, I was unable to find any permits or other approvals that authorize the Subject Property to be used in its current manner for short-term rental activity.

14. Accordingly, John Zhong and Catherine Li's short-term rental activity is in violation of numerous provisions of the City's laws, including 5.08.050, 22.04.020(h), 22.08.030, and 22.80.020.

15. As the owners of the Subject Property, Catherine Li and John Zhong are legally and factually responsible for the unlawful use there. Their acts or omissions have caused, allowed, permitted, used, maintained, or suffered these violations of the DBMC at the Subject Property.

16. Though not an essential element of proof for the purposes of this motion, it is important for the Court to understand that there are numerous public policy reasons supporting the City's short-term rental ban. Banning short-term rentals, such as those offered through platforms like Airbnb, addresses numerous downsides resulting from a proliferation of short-term rentals within cities. Short-term rentals can drive up housing costs by reducing the available housing stock for long-term tenants, leading to higher rents and home prices and making it more difficult for residents to find affordable housing. Short-term rentals can disrupt residential neighborhoods, such as the one the Subject Property is located in, because short-term rentals are known to lead to noise, partying, and an influx of transient visitors. Short-term rentals are also incompatible with residential zoning districts due to short-term rentals within a residential zone representing a de facto spot zoning of a residential site to a commercial business. This disrupts the character of residential neighborhoods and erodes the sense of community within the neighborhood.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 23, 2023

Greg Gubman

Greg Gubman

**<u>EXHIBIT E</u>**

**MAY 15, 2023 AIRBNB AD**

Overview History Activity Feed



24311 Knoll Ct Diamond Bar CA 91765

Possible Violations (0)
We found no violations for this property

All (2) Airbnb (1) Vrbo (1)

Airbnb 45555146

| | |
|---|---|
| John | 5 |
| None | 10 |
| Full Unit | Main Structure |
| | 2020-11-25 |

Vrbo 2947552

| | |
|---|---|
| JOHN ZHONG | 5 |
| None | 10 |
| Full Unit | Main Structure |
| | 2022-03-07 |

Location

Booking Activities

May 2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 $461 | 2 $460 | 3 $460 | 4 $460 | 5 $461 | 6 $460 |
| 7 $450 | 8 $461 | 9 $460 | 10 $461 | 11 $460 | 12 $460 | 13 $460 |
| 14 $430 | 15 $461 | 16 $461 | 17 $460 | 18 $460 | 19 $460 | 20 $460 |
| 21 $461 | 22 $460 | 23 $460 | 24 $461 | 25 $461 | 26 $460 | 27 $460 |
| 28 $461 | 29 $460 | 30 $460 | 31 $461 | | | |

Jun 2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 $460 | 2 $460 | 3 $460 |
| 4 $460 | 5 $460 | 6 $460 | 7 $460 | 8 $461 | 9 $460 | 10 $460 |
| 11 $460 | 12 $460 | 13 $461 | 14 $460 | 15 $461 | 16 $460 | 17 $460 |
| 18 $460 | 19 $460 | 20 $460 | 21 $460 | 22 $460 | 23 $460 | 24 $460 |
| 25 $460 | 26 $460 | 27 $461 | 28 $460 | 29 $460 | 30 $461 | |

Aggregate Statistics

Host Revenue
$3,630
Total Revenue

Booking Activities
27%
Occupancy This Month
167
Nights Booked in past 12 months

Average Daily Rate
$477
Avg Rate This Month

Transient Occupancy Tax
$508
Total TOT

Property Details

| | |
|---|---|
| 8713040016 | Zhong John |
| 4 bd 3 ba | No |

18135 E WALNUT DR #202 ROWLAND HEIGHTS CA 91748

(Rentalscape) 5/15/23

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

★ 4.82 · 60 reviews · Superhost · Diamond Bar, California, United States

Share Save



## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths



**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

**John is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

**$600** night

★ 4.83 · 63 reviews

CHECK-IN
6/4/2023

CHECKOUT
6/5/2023

GUESTS
1 guest

You won't be charged yet

| | |
|---|---|
| $600 x 1 night | $600 |
| Cleaning fee | $300 |
| Airbnb service fee | $127 |

Total before taxes $1,027

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

Report this listing

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

☆ 4.83 · 63 reviews · Superhost · Diamond Bar, California, United States    Share    Save



## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths

**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

**John is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

aircover

Every booking includes free protection from Host cancellations, listing inaccuracies, and other issues like trouble checking in.

Learn more

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

**$408** night
★ 4.82 · 60 reviews

CHECK-IN 6/4/2023
CHECKOUT 6/7/2023
GUESTS 1 guest

CANCELLATION POLICIES

Non-refundable · $1,796 total

Refundable · $1,951 total
Free cancellation for 48 hours. Cancel before May 28 for a partial refund.

You won't be charged yet

Show price details

**Total before taxes $1,796**

Report this listing

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

## What this place offers

- Courtyard view
- Garden view
- Kitchen
- Wifi
- Dedicated workspace
- Free parking on premises
- Private pool
- Private hot tub - available all year
- 65" HDTV with Amazon Prime Video, Disney+, Netflix
- Security cameras on property

Show all 71 amenities

## 3 nights in Diamond Bar

Jun 4, 2023 - Jun 7, 2023

May 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 4 | 5 | 6 | | | | |
| 11 | 12 | 1: | | | | |
| 18 | 19 | 2( | | | | |

## ★ 4.82 · 60 reviews

| | |
|---|---|
| Cleanliness | 4.8 |
| Accuracy | 4.8 |
| Communication | 4.9 |
| Location | 5.0 |
| Check-in | 4.9 |
| Value | 4.7 |

**Jennifer**
April 2023

Overall ok

**Erin**
April 2023

I absolutely had a great time ! Everything that was listed on the description was in the home and photos matched!!! It was very quiet and peaceful! Anything you'd need is in the neighborhood

(stores,banks etc) I didn't have to travel far.

Show more >

Imee
April 2023

Excellent location and beautiful clean house. Highly recommend and we will be book again.

Ying
April 2023

Very spacious and clean place to stay. Nice and quiet community. Convenient location ion for our visit to LA.

Saichun
April 2023

It is general a good experience to be here.

Edward
March 2023

Beautiful, very spacious and a nice neighborhood. John was also very responsive and helpful and accommodating. I would recommend staying here!

Show all 60 reviews

## Where you'll be

**Diamond Bar, California, United States**

Los Angeles 5 Bedrooms 3 baths. High pretigious Community. Beatiful Pool & Hot Jacuzzi exceptional, Open All Year Round. Hight quality and Quiet Community, Party not allowed. Welcome noble people to enjoy the sunshine and food in L.A. Plenty Restaurant and stores. 50 min to LAX, 3...

Show more >

## Hosted by John

Joined in July 2016

254 Reviews

Identity verified

Superhost

TAX Accountant。 Love to travel， will treat you like my family member when you live in my house. We are brothers and sisters under God.

**Co-Hosts**

Catherine

**During your stay**

6269913676 test 24 hours

**John is a Superhost**

Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

Languages: English, 中文 (简体)

Response rate: 100%

Response time: within an hour

Contact Host

To protect your payment, never transfer money or communicate outside of the Airbnb website or app.

## Things to know

**House rules**

Check-in after 3:00 PM

Checkout before 11:00 AM

10 guests maximum

Show more >

**Safety & property**

Security camera/recording device

Pool/hot tub without a gate or lock

Carbon monoxide alarm

Show more >

**Cancellation policy**

This reservation is non-refundable.

Review the Host's full cancellation policy which applies even if you cancel for illness or disruptions caused by COVID-19.

Show more >

**Support**

Help Center

AirCover

Supporting people with disabilities

Cancellation options

Our COVID-19 Response

Report a neighborhood concern

**Community**

Airbnb.org: disaster relief housing

Combating discrimination

**Hosting**

Airbnb your home

AirCover for Hosts

Explore hosting resources

Visit our community forum

How to host responsibly

Airbnb-friendly apartments

**Airbnb**

Newsroom

Learn about new features

Letter from our founders

Careers

Investors

Gift cards

English (US) $ USD

© 2023 Airbnb, Inc.

Terms · Sitemap · Privacy · Your Privacy Choices

Vrbo (https://www.vrbo.com/)

Anaheim, California, United States of America

Jun 7

Jun 10

10 Guests

Search

United States of America > California > Dana Point Bay

LOS ANGLES DIAMOND 5 BEDROOMS 3 BATHS NEAR DISLAND W/POOL

Save

Share





$966 /night

Your dates are available

| Check In | Check Out |
|---|---|
| Jun 7 | Jun 10 |

Guests
10 guests

**Total** $3,653.00
Total includes fees, not tax View details

Or as low as $178/mo with affirm Learn more

Book now

JOHN ZHONG
Contact host

Property # 2947852

Report this property

Know before you go

Check Covid restrictions
here (https://apply.joinsherpa.com/travel-restrictions?affiliateId=vrbo)

# About this rental

House
3600 sq. ft

5 bedrooms
7 beds Sleeps 10

3 bathrooms

3 full baths

Spaces
Kitchen · Deck/Patio · Balcony

5 BEDROOMS 3 BATHS IN THE SAFE PRETIGIOUS COMMUNITY WITH BEAUTIFUL POOL AND JACUZZI, QUIET ENJOYMENT OF YOUR VACATION AND VISIT DISLAND AND UNIVERSAL STUDIO HOLLYWOOD WITHIN 35 TO 45 MINUTES DRIVE. 45 MINUTES DRIVE TO SANTA MONICA AND ALL BEACHES IN LOS ANGELES AREA, CLOSE TO PARK AND SUPERMARKET, CONVENIENT TO MANY RESTAURANTS. COVID FREE.

Hosted by JOHN ZHONG

# Policies

Cancellation policy

Your booking will not qualify for a refund based on your trip dates

Free cancellation deadlines are in the property's timezone. Learn more about cancellation policies. (https://help.vrbo.com/articles/What-is-the-cancellation-policy)

*If you have upcoming trips, you can manage or cancel your booking in your traveler account.*

View upcoming trip (/traveler/th/bookings)

Damage and incidentals

You will be responsible for any damage to the rental property caused by you or your party during your stay.

House Rules

**Check in after 4:00 PM**
**Check out before 11:00 AM**

Maximum overnight guests: 10 (sleeps up to 10 adults)
NO PARTY EVENTS. POOL TIME IS FROM 9 AM TO 9 PM.
Minimum age to rent: 24

Children allowed: ages 0-17
No pets allowed
No events allowed
No smoking allowed

Cleaning practices

- Cleaned with disinfectant
- All towels and bedding washed in hot water that's at least 60°C/140°F
- High-touch surfaces cleaned with disinfectant (like countertops, light switches, handles, and faucets)

## Amenities

Swimming pool

Internet

Air conditioning

TV

Washer & dryer

Parking

No smoking

Heater

View all 52 amenities

## Rooms & beds

Bedrooms: 5 (Sleeps: 10)

| | | |
|---|---|---|
| Bedroom 1<br>Queen | Bedroom 2<br>Queen | Bedroom 3<br>Queen |

Bathrooms: 3

Bathroom 1
tub · bidet · Toilet · Shower · Combination tub/shower

Bathroom 2
tub · bidet · Toilet · Shower · Combination tub/shower

Bathroom 3
bidet · Toilet · Sho
Combination tub/

Spaces

Kitchen

Deck/Patio

Balcony

Lawn/Garden

Kitchenette

Outdoor play area

# Map

**Diamond Bar, California, United States of America**
Detailed location provided after booking

What's nearby

1. The Shoppes at Chino Hills 3.8 mi

2. California State Polytech... 4.1 mi

3. Los Serranos Country Cl... 5.7 mi

4. BAPS Shri Swaminarayan... 5.9 mi

5. Black Gold Golf Club 6 mi

6. Fairplex 6.3 mi

‹ 1 - 6 of 12 ›

## Hosted by JOHN ZHONG

Member since 2022

**View more about JOHN ZHONG**

Languages: Mandarin, ENGLISH

Contact host

Home (https://www.vrbo.com/vacation-rentals) › United States (https://www.vrbo.com/vacation-rentals/usa) ›
California (https://www.vrbo.com/vacation-rentals/usa/california) ›
Los Angeles County (https://www.vrbo.com/vacation-rentals/usa/california/los-angeles-county) ›
Diamond Bar (https://www.vrbo.com/vacation-rentals/usa/california/los-angeles-county/diamond-bar)

## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths

**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

**John is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

~~$562~~ $342 night

4.77 · 66 reviews

CHECK-IN 7/10/2023 | CHECKOUT 7/11/2023

GUESTS
1 guest

CANCELLATION POLICIES

Non-refundable · $733 total

Refundable · $776 total
Free cancellation for 48 hours. Cancel before Jul 3 for a partial refund.

You won't be charged yet

Show price details

**Total before taxes $733**

Report this listing

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

★ 4.77 · 66 reviews · Superhost · Diamond Bar, California, United States    Share    Save



## Entire home hosted by John

10 guests · 5 bedrooms · 5 beds · 3 baths



~~$562~~ $342 night

★ 4.83 · 63 reviews

CHECK-IN
7/21/2023

CHECKOUT
7/23/2023

GUESTS
1 guest

CANCELLATION POLICIES

Non-refundable · $1,123 total

Refundable · $1,210 total

Free cancellation for 48 hours. Cancel before Jul 14 for a partial refund.

You won't be charged yet

Show price details

Total before taxes $1,123

**Dedicated workspace**

A common area with wifi that's well-suited for working.

**Self check-in**

Check yourself in with the smartlock.

**John is a Superhost**

Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

## Where you'll sleep

Bedroom 1
1 queen bed

Bedroom 2
1 queen bed

Report this listing

Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

☆ 4.83 · 63 reviews · Superhost · Diamond Bar, California, United States Share Save



## Entire home hosted by John



10 guests · 5 bedrooms · 5 beds · 3 baths

**$600** night

★ 4.83 · 63 reviews

CHECK-IN
9/1/2023

CHECKOUT
9/2/2023

GUESTS
1 guest

**Dedicated workspace**
A common area with wifi that's well-suited for working.

**Self check-in**
Check yourself in with the smartlock.

You won't be charged yet

| | |
|---|---|
| $600 x 1 night | $600 |
| Cleaning fee | $300 |
| Airbnb service fee | $127 |
| **Total before taxes** | **$1,027** |

45 MINUTES TO DISNEYLAND, HOLLYWOOD, AND ALL BEACHES SANTA MONICA, LAGUNA BEACHES, HIGH PRESTIGIOUS COMMUNITY, QUIET AND SAFE, BEST NEIGHBOURHOOD, BEST FOR NOBLE PEOPLE TO ENJOY SUNSHINE AND SEASIDE, , PLENTY OF RESTAURANTS, WITH HEATED POOL AND JACUZZI ALL YEAR AROUND....

Show more >

## Where you'll sleep

**Bedroom 1**
1 queen bed

**Bedroom 2**
1 queen bed

Report this listing

# Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

★ 4.83 · 63 reviews · Superhost · Diamond Bar, California, United States Share Save



**EXHIBIT F**

MAY 16, 2023 AIRBNB BOOKING CONFIRMATION

Mamono Bar - Greg's CD-Director
Reservation 5/16/23

John and Catherine

**Los Angeles 5 BEDS 4 BATHS Near Se...**

Reservation confirmed · May 30 – 31

Reservation  Share listing  Change

May 16, 2023

To protect your payment, always communicate and pay through the Airbnb website or app.

**Greg**

Disneyland with out-of-town family. AM check-in

Your reservation is confirmed for 4 guests on May 30 – 31. Show reservation

**EXHIBIT G**

MAY 18, 2023 MESSAGES WITH ZHONG

**Ronnie Ramirez**

| | |
|---|---|
| **From:** | Investor World <investorworld838@gmail.com> |
| **Sent:** | Thursday, May 25, 2023 4:33 PM |
| **To:** | Greg Gubman |
| **Subject:** | Fwd: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023 |

**CAUTION: This message originated outside of our City of Diamond Bar network.**

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

## Forwarded Conversation

**Subject: RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023**

------------------------

From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

welcome

Reply

Respond to John by replying directly to this email.

## Reservation details

Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL

Home - Entire home/apt hosted by John

Guests

2 adults, 2 children

| ↓ Check-In | ↑ Check-out |
|---|---|
| Tuesday | Wednesday |
| May 30, 2023 | May 31, 2023 |

Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103, USA

Get the Airbnb app

Download on the App Store
GET IT ON Google Play

Update your email preferences to choose which emails you get or unsubscribe from this type of email.

----------

From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

LANDLORD CELL: 626-9913676, text please
OFFICE#626-839589840 minutes from lax
Exit from azusa avenue south of 60 fwy

----------

From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

THE POOL TIME IS FROM 9 AM TO 9 PM. And Jacuzzi can be used per request of a extra fee. Pool will only be used in summer and will not be allowed to be heated. NO MIRAJUANA SMOKING. IF FOUND, DEPOSIT WILL NOT BE RETURNED.no smoking inside house please

Use my youtube
Channel to watch all tv programm

----------
From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



## John

all linens,towels and utensils are for use only during stay. Do not take away. If missing items, host will claim. Pool time is from 9:00am to 9 :00pm. And using jacuzzi will be charged for a extra fee. Please turn off immediately after using. Please park the car inside the garage. Pool area is not allowed to play music. Smoking is not allowed during stay in whole place. Please throw the trash to the dustbin outside of house. Please put towels to the washer before leaving and put back tv and garage remote to the original place. Please lock the door and put key in the lockbox and notify host by text . Thank you for staying in my house. there is electrical thermostate if central air. And the lights are also can be controlled by moving. There is electric toilet for cleanig.

all linens,towels and utensils are for use only during stay. Do not take away. If missing items, host will claim. Please park the car inside the garage.Smoking is not allowed during stay in whole place. Please throw the trash to the dustbin outside of house. Please put towels to the washer before leaving and put back tv and garage remote

to the original place. Please lock the door and put key in the lockbox and notify host by text 6269913676. Thank you for staying in my house. there is electrical thermostate if central air. And the lights are also can be controlled by moving. There is electric toilet for cleanig.

----------
From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:28 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

Los Angeles 5 Bedrooms 3 baths. High pretigious Community. Beatiful Pool & Hot Jacuzzi exceptional. Open All Year Round. Hight quality and Quiet Community, Party not allowed. Welcome noble people to enjoy the sunshine and food in L.A. Plenty Restaurant and stores. 50 min to LAX, 35 min to disney land, 50 min to Universal Studio, Hollywood, Santa Monica etc Beaches in the west and Laguan beach etc beaches in the South. Close to the sky and close to the sea. Diamond in Diamond Bar, Los Angeles.many restaurants and shops. Grocery stores in walking distance.

----------

From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:29 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.



**John**

35 minutes to disneyland
50 minutes to universal studio
50 minutes to santa monica beach
50 min to LAX there is bus station in walking distance.

----------
From: Airbnb <express@airbnb.com>
Date: Thu, May 18, 2023 at 6:29 AM
To: <investorworld838@gmail.com>

airbnb

# RE: Reservation at Los Angeles 5 BEDS 4 BATHS Near Sea Disney POOL for May 30 - 31, 2023

For your protection and safety, **always communicate through Airbnb**.

lockbox 6550